AUSA: Robert White          Telephone: (313) 226-9620

AO 91 (Rev. 11/11)  Criminal Complaint     Task Force Officer: Jennifer Schlaufman, HSI     Telephone: (313) 549-4078

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.

Victor HERNANDEZ

Case: 2:22−mj−30357
Assigned To : Unassigned
Assign. Date : 8/23/2022
CMP: USA v VICTOR HERNANDEZ (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 2022 through August 2022____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841 | Conspiracy to possess with the intent to distribute controlled substances,  unlawful possession with intent to manufacture, distribute, or dispense a controlled substance |
| 18 U.S.C. §§ 922 and 924(c) | Felon in  possession of a firearm; using a firearm in furtherance of a drug trafficking crime. |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

*Jennifer Schlaufman*
_____
Complainant's signature

Task Force Officer Jennifer Schlaufman, HSI
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____August 23, 2022____

*Elizabeth A. Stafford*
_____
Judge's signature

City and state:  Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Jennifer Schlaufman, being first duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1.      I am a Task Force Officer with Homeland Security Investigation's (HSI) and have been since April 2019. I am also a peace officer with the State of Michigan Department of State Police and have been since June 1997. I have participated in several investigations involving the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds. I have attended schools and have been instructed in many aspects of narcotics investigations. I am currently assigned to the Detroit Dark Web Task Force (DDWTF). I, and the agents and police officers I work with, are familiar with the methods of drug organizations and their operations, the terminology used, and the scope of their influence. Through my education and experience, and that of other agents assisting in this investigation, I have become familiar with the methods that individuals use to traffic narcotics into and throughout the United States.

2.      The information set forth in this affidavit is based upon my knowledge and investigation, as well as investigations conducted by fellow law enforcement officers. I know it is a violation of law to knowingly and intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance, to wit: cocaine and alprazolam. This affidavit is being submitted for the limited purpose of establishing probable cause

to support issuing a criminal complaint, and therefore does not include all the facts
that have been gathered during the course of the investigation.

## Applicable Law

3.    The Controlled Substances Act (CSA) is the statute establishing federal U.S.
drug policy under which the manufacture, importation, possession, use and
distribution of certain substances is regulated. The CSA classified drugs into five
schedules. Cocaine is a Schedule II and Alprazolam is a Schedule IV "controlled
substance" within the meaning of 21 U.S.C. § 802; it is unlawful for any person to
knowingly or intentionally manufacture, distribute, or dispense, or possess with
intent to manufacture, distribute, or dispense, a controlled substance.

## Investigation Background

4.    Investigators have identified Victor HERNANDEZ as a dark web market
supplier of scheduled and counterfeit controlled substances.  HERNANDEZ uses
the moniker of opiateconnect or opiateconnect369 to anonymously sell the drugs
on the dark web.  From at least January, 2022, investigators have seized multiple
drug parcels which surveillance confirms originated from 5852 Florida Street, in
Detroit, Michigan.  These parcels have contained various controlled substances,
including Cocaine.

## Search Warrant and Seizure of Narcotics

5.    On Tuesday August 23, 2022, the DDWTF executed a federal search
warrant at the residence of Victor HERNANDEZ located at 5852 Florida Street in
Detroit, Michigan. During the search, agents found a clandestine pill

manufacturing operation, to include a large pill press, mixer, mixing/binding

agents and active ingredients for making counterfeit alprazolam bars (clonazolam,

etizolam) and bulk pressed counterfeit alprazolam bars.

6.      Additionally, agents discovered a large quantity of a white powdery

substance, that field tested positive for cocaine and a powdery substance that field

tested positive for MDMA.

7.      In additional to the lab and drugs, agents seized bulk U.S. currency and

multiple firearms.

8.      Moreover, investigators recovered packaging materials, to include a label

maker, as well as evidence of multiple of parcel mailings.

9.      At the time of the warrants, Victor HERNANDEZ was present at the

residence. HERNANDEZ acknowledged that he rents the residence and is the sole

occupant.

10.     A criminal history check revealed that HERNANDEZ is a convicted felon

and is prohibited from possessing any firearms.

**CONCLUSION**

Based on the foregoing, I have probable cause to believe HERNANDEZ has

committed violations of 21 U.S.C. §§ 841 and 846 (conspiracy to possess with the

intent to distribute controlled substances, unlawful possession with intent to

manufacture, distribute, distribute, or dispense a controlled substance), as well as

18 U.S.C. §§ 922 and 924(c).


Respectfully submitted,


*Jennifer Schlaufman*

Jennifer Schlaufman
Task Force Officer
Homeland Security Investigations


Sworn to before me and signed in my presence
And/or by reliable electronic means.


*Elizabeth A. Stafford*

Hon. Elizabeth A. Stafford
United States Magistrate Judge


Date:   August 23, 2022